UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Adam Lee Sterling,

        Plaintiff,

vs.                            ORDER ADOPTING THE
                                  REPORT AND RECOMMENDATION

Michelle Smith,

        Defendant.             Civ. No. 15-2414 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

1. Petitioner Adam L. Sterling's petition for a writ of habeas corpus [Docket No. 1] is DENIED.

2. This action is DISMISSED.

3. Sterling's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

4. Sterling's motion for relief on basis of reasonable doubt [Docket No. 3] is DENIED AS MOOT.

5. No certificate of appealability is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 14, 2015
At Minneapolis, Minnesota

s/Ann D. Montgomery
Ann D. Montgomery, Judge
United States District Court